Clifford John Shoemaker, Shoemaker and Associates, Vienna, VA, for Petitioners–Appellants.

Ann Donohue Martin, Esq., Trial Attorney, Department of Justice, Washington, DC, for Respondent–Appellee.

## ON MOTION

### ORDER

Upon consideration of appellants' unopposed motion to withdraw their appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

James R. Sweet, Trial Attorney, Department of Justice, Washington, DC, for Defendant–Appellee.

## ON MOTION

### ORDER

The appellant moves to withdraw his appeal. The United States moves to dismiss the appeal for lack of jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted and the appeal is dismissed.

(2) Any other pending motions are denied as moot.

(3) Each side shall bear its own costs.

Hassan Ali **PEJOUHESH**,
Plaintiff–Appellant,

v.

**UNITED STATES**, Defendant–Appellee.

No. 2014–5144.

United States Court of Appeals,
Federal Circuit.

Oct. 15, 2014.

Evetta **STEPHENSON**, Petitioner,

v.

**DEPARTMENT OF THE ARMY**, Respondent.

No. 2015–3002.

United States Court of Appeals,
Federal Circuit.

Oct. 15, 2014.

Hassan Ali Pejouhesh, Texarkana, TX, pro se.

Evetta Stephenson, Chicago, IL, pro se.